# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Criminal No.   01-242-01 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |
| LAWRENCE M. STEELE, | |
| Defendant. | |

## ORDER

Upon consideration of the Report and Recommendation issued by Magistrate Judge Alan Kay on March 30, 2016 [ECF No. 33], which accepted the agreed-upon recommendation of the parties and the Probation Office, it is hereby

**ORDERED** that defendant's conditions of supervised release are modified to add a special condition of 40 hours of Community Service to be designated by the Probation Office, which will be in addition to the Community Service imposed by the Superior Court Judge; and it is further

**ORDERED** that all other conditions of supervised release remain in effect.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 31, 2016